**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TAMMY FINK                                                                                              PLAINTIFF

v.                                        NO. 4:14CV00254 JLH-JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## **ORDER**

Defendant Colvin has filed an unopposed motion to reverse and remand this case for further administrative proceedings. Document #11. Without objection, the motion will be granted, and this case reversed and remanded. This is a remand pursuant to "sentence four" of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 5th day of December, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE