**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TAMMY FINK                                                                                              PLAINTIFF

v.                                              NO. 4:14CV00254 JLH-JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of plaintiff, and this case is reversed and remanded for further administrative proceedings.

DATED this 5th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE