**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TAMMY FINK                                                        PLAINTIFF

v.                              NO. 4:14CV00254 JLH

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                    DEFENDANT

## ORDER

Tammy Fink has filed a motion for attorneys' fees and costs under the Equal Access to

Justice Act, seeking a total of $5,254.50.  No response has been filed.  The motion is GRANTED.

Document #14.  Attorneys' fees and costs are hereby awarded in the total amount of $5,254.50.

IT IS SO ORDERED this 26th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE